Steven L. Woodrow
Woodrow & Peluso, LLC
3900 E. Mexico Ave., Suite 300
Denver, Colorado 80210

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Papadopoulos Dental Corporation, et al., <br><br> v. <br> Plaintiff(s) <br><br> Implant Educators, Inc., <br><br> Defendant(s). | **CASE NUMBER** <br><br> 2:19-cv-01136 DSF <br><br> **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Woodrow, Steven L.    of    Woodrow & Peluso, LLC
*Applicant's Name (Last Name, First Name & Middle Initial)*    3900 E. Mexico Ave., Suite 300
720-213-0675    303-927-0809    Denver, Colorado 80210
*Telephone Number*    *Fax Number*
swoodrow@woodrowpeluso.com
*E-Mail Address*    *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Michael Papadopoulos Dental Corporation, et al.

*Name(s) of Party(ies) Represented*    ☒ Plaintiff(s)   ☐ Defendant(s)   ☐ Other:

**and designating as Local Counsel**

Aschenbrener, Michael J.    of    KamberLaw, LLP
*Designee's Name (Last Name, First Name & Middle Initial)*    9404 Genesee Ave., Suite 340
277114    303-222-0281    858-800-4277    La Jolla, California 92037
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*
masch@kamberlaw.com
*E-Mail Address*    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
  ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated  February 27, 2019                *[signature]*
                                         **U.S. District Judge**