Snell & Wilmer
Becca J. Wahlquist, Bar No. 215948
bwahlquist@swlaw.com
Daniel G. Seabolt
dseabolt@swlaw.com
350 S. Grand Avenue, Suite 3100
Los Angeles, California 90071
Telephone: 213.929.2500
Facsimile: 213.929.2525

Attorneys for Defendant
Implant Educators, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| Michael Papadopoulos Dental Corporation, a California corporation, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Implant Educators, Inc., a Florida corporation,<br><br>Defendant. | Case No. 2:19-cv-1136-CAS-PLA<br><br>Hon. Christina A. Snyder, Ctrm 8D<br><br>**STIPULATION UNDER L.R. 8-3 TO EXTEND THE TIME TO RESPOND TO THE COMPLAINT BY NO MORE THAN 30 DAYS**<br><br>Complaint Served: 2/22/2019<br>Current Response Date: 3/15/2019<br>New Response Date: 4/15/2019<br><br>Trial Date: Not yet set<br>Date Action Filed: 2/19/2019 |

4827-0199-6425

Stipulation Under L.R.8-3 to Extend Time to
Respond to Complaint by No More Than 30 Days
2:19-CV-1136-CAS-PLA

1. Pursuant to Local Rule 8-3 of the United States District Court for the Central District of California, plaintiff Michael Papadopoulos Dental Corporation ("Plaintiff") and defendant Implant Educators, Inc. ("IEI"), through their attorneys, stipulate and agree as follows:

 1. On February 19, 2019, Plaintiff filed his Complaint in this action against IEI.

 2. IEI does not contest that it was served with the Summons and Complaint in this action on February 22, 2019.

 3. IEI's response in this action is currently due on March 15, 2019.

 4. The parties have agreed to extend the time for IEI to respond so that the Complaint may be investigated and the litigation discussed by the parties.

 5. Plaintiff and IEI thus agree to extend by a total of thirty (30) days the date for IEI to file and serve a response to Plaintiff's Complaint in this action.

 6. Accordingly, IEI shall file and serve its response to Plaintiff's Complaint in this action on or before April 15, 2019.

Dated: March 8, 2019   SNELL & WILMER L.L.P.

By: */s/ Becca Wahlquist*
Becca J. Wahlquist
Daniel G. Seabolt

Attorneys for Defendant
Implant Educators, Inc.

Dated: March 8, 2019   KAMBERLAW, LLP
WOODROW & PELUSO, LLC

By: */s/ Michael Aschenbrener*
Michael Aschenbrener

Attorneys for Plaintiff
Michael Papadopoulos Dental Corporation

4827-0199-6425

Stipulation Under L.R.8-3 to Extend Time to
Respond to Complaint by No More Than 30 Days
2:19-CV-1136-CAS-PLA

# ATTORNEY ATTESTATION

I, Becca Wahlquist, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: March 8, 2019    SNELL & WILMER L.L.P.

By: */s/ Becca J. Wahlquist*
Becca J. Wahlquist

Attorneys for Defendant
Implant Educators, Inc.

# PROOF OF SERVICE

I, Becca Wahlquist, declare as follows:

I am employed in Los Angeles County, Los Angeles, California. I am over the age of eighteen years and not a party to this action. My business address is Snell & Wilmer L.L.P., 350 S. Grand Avenue, Suite 3100, Los Angeles, California 90071. On March 8, 2019, I served the within:

**STIPULATION UNDER L.R. 8-3 TO EXTEND THE TIME TO RESPOND TO THE COMPLAINT BY NO MORE THAN 30 DAYS**

on the interested parties in this action addressed as follows:

- **Michael J Aschenbrener,** masch@kamberlaw.com
- **Steven L Woodrow,** swoodrow@woodrowpeluso.com

[x]  (**BY ELECTRONIC MAIL**) By transmitting such document(s) electronically via the Central District of California's CM/ECF system, to the persons at the electronic mail addresses listed above.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on March 8, 2019, at Los Angeles, California.

　　　　　　　　　　　　　　　　　　　　 */s/ Becca Wahlquist*
　　　　　　　　　　　　　　　　　　　　　　Becca Wahlquist