1   Becca J. Wahlquist, Bar No. 215948
    bwahlquist@swlaw.com
2   Daniel G. Seabolt, Bar No. 322704
    dseabolt@swlaw.com
3   SNELL & WILMER L.L.P.
    350 S. Grand Avenue, Suite 3100
4   Los Angeles, California 90071
    Telephone:   213.929.2500
5   Facsimile:   213.929.2525

6   Attorneys for Defendant
    Implant Educators, Inc.
7

8                   UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10                         WESTERN DIVISION

11

12  Michael Papadopoulos Dental          Case No. 2:19-cv-1136-DSF-PLA
    Corporation, a California corporation,
13  individually and on behalf of all others   Hon. Dale S. Fischer, Ctrm 7D
    similarly situated,
14                                        **Joint Notice of Settlement of Entire
                 Plaintiff,               Action**
15
         v.                              Ctrm:     7D
16
    Implant Educators, Inc., a Florida    Trial Date:  Not yet set
17  corporation,                          Date Action Filed:     2/14/2019

18               Defendant.

19

20

21

22

23

24

25

26

27

28

SNELL & WILMER
L.L.P.
LAW OFFICES
350 SOUTH GRAND AVENUE
SUITE 3100
CITY NATIONAL 2CAL
LOS ANGELES, CALIFORNIA 90071

4826-7285-7494

Michael Papadopoulos Dental Corporation and Implant Educators, Inc. ("the Parties"), by and through their respective attorneys, respectfully notify this Honorable Court that this case has settled, and that Plaintiff will be dismissing its action when the terms of the settlement have been satisfied.

The Parties request that this Honorable Court stay this case and allow twenty-one (21) days with which to file dispositive documentation.  Dispositional documents will be forthcoming.

Dated:      May 6, 2019                 SNELL & WILMER L.L.P.


By: */s/ Becca Wahlquist*
Becca J. Wahlquist
Daniel G. Seabolt

Attorneys for Defendant
Implant Educators, Inc.

Dated:      May 6, 2019                 KAMBERLAW, L.L.P.
WOODROW & PELUSO, LLC


By: */s/ Michael Aschenbrener*
Michael Aschenbrener

Attorneys for Plaintiff
Michael Papadopoulos Dental
Corporation

SNELL & WILMER
L.L.P.
LAW OFFICES
350 SOUTH GRAND AVENUE
SUITE 3100
CITY NATIONAL 2CAL
LOS ANGELES, CALIFORNIA 90071

4826-7285-7494

JOINT NOTICE OF SETTLEMENT OF
ENTIRE ACTION
2:19-CV-1136-DSF-PLA

1

## <u>ATTESTATION OF E-FILED SIGNATURE</u>

2

I, Becca Wahlquist, am the ECF User whose ID and password are being used

3

to file this Stipulation. In accordance with Local Rule 5-4.3.4(a)(2)(i), I hereby attest

4

that all other signatories listed, and on whose behalf the filing is submitted, concur

5

in the filing's content and have authorized the filing.

6

7

Dated: May 6, 2019                    By: */s/ Becca Wahlquist* _____
                                          Becca Wahlquist

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4826-7285-7494

- 2 -

JOINT NOTICE OF SETTLEMENT OF
ENTIRE ACTION
2:19-CV-1136-DSF-PLA

**PROOF OF SERVICE**

I, Becca Wahlquist, declare as follows:

I am employed in Los Angeles County, Los Angeles, California. I am over the age of eighteen years and not a party to this action. My business address is Snell & Wilmer L.L.P., 350 S. Grand Avenue, Suite 3100, Los Angeles, California 90071. On May 6, 2019, I served the within:

**Joint Notice of Settlement of Entire Action**

on the interested parties in this action addressed as follows:

- **Michael J Aschenbrener,** masch@kamberlaw.com
- **Steven L Woodrow,** swoodrow@woodrowpeluso.com

☒ (**BY ELECTRONIC MAIL**) By transmitting such document(s) electronically via the Central District of California's CM/ECF system, to the persons at the electronic mail addresses listed above.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on May 6, 2019, at Los Angeles, California.

_____
/s/ Becca Wahlquist
Becca Wahlquist

4826-7285-7494

- 3 -

JOINT NOTICE OF SETTLEMENT OF
ENTIRE ACTION
2:19-CV-1136-DSF-PLA